ERNESTINE WALKER, an Infant, by ROBERT WALKER, Her Guardian ad Litem, Respondent, v. CARMEN L. CIAMBELLA, Doing Business under the Name of PEOPLE'S LAUNDRY, Appellant. ROBERT WALKER, Respondent, v. CARMEN L. CIAMBELLA, Doing Business under the Name of PEOPLE'S LAUNDRY, Appellant. — Order affirmed, with costs. All concur. (The order sets aside the verdicts of a jury in favor of defendant and grants a new trial in negligence actions.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

EVELYN BELLOWS, Appellant, v. MANSON NEWS AGENCY, Respondent.— Judgment and order reversed on the law and facts and a new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence. All concur. (The judgment is for defendant for no cause of action by direction of the court, after setting aside a verdict in favor of plaintiff in an automobile negligence action. The order grants defendant's motion to set aside the verdict and directs a verdict for defendant.) Present — Cunningham, P. J., Taylor, Dowling, McCurn and Larkin, JJ.

WILLIAM KEANE, Appellant, v. RUTH BABCOCK et al., Respondents.— Order affirmed, with ten dollars costs and disbursements, and time to serve an amended complaint extended to ten days after service of a copy of the order herein. All concur. (The order grants defendants' motion to dismiss plaintiff's complaint with leave to serve an amended complaint, in an action for damages for trespass.) Present — Cunningham, P. J., Taylor, Dowling, Harris and Larkin, JJ.